UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EDWARD ARNOLD ALCANTARA,               Case No. 3:12-cv-02341-SI

        Petitioner,                                                 JUDGMENT

   v.

KEVIN STRAIGHT,

        Respondent.

SIMON, District Judge.

    Petitioner's Motion to Voluntarily Dismiss (#10) is GRANTED. Accordingly,

    IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, without prejudice. Pending motions, if any, are DENIED AS MOOT.

    DATED this 30th day of January, 2013.

                                                       Michael H. Simon
                                                       United States District Judge

1 -- JUDGMENT