UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EDWARD ARNOLD ALCANTARA,

        Petitioner,

  v.

KEVIN STRAIGHT,

        Respondent.

Case No. 3:12-cv-02341-SI

JUDGMENT

SIMON, District Judge.

    Petitioner's Motion to Voluntarily Dismiss (#10) is GRANTED. Accordingly,

    IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, without prejudice. Pending motions, if any, are DENIED AS MOOT.

    DATED this 30th day of January, 2013.

                                  /s/ Michael H. Simon
                                  Michael H. Simon
                                  United States District Judge

1 -- JUDGMENT